UNITED STATES of America,
Plaintiff–Appellee,

v.

Roger Clayton WHITE, Defendant–
Appellant.

No. 05–6596.

United States Court of Appeals,
Sixth Circuit.

Nov. 30, 2007.

Before: BOGGS, Chief Judge,
MARTIN, BATCHELDER,
DAUGHTREY, MOORE, COLE, CLAY,
GILMAN, GIBBONS, ROGERS,
SUTTON, COOK, McKEAGUE, and
GRIFFIN, Circuit Judges.

ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 35(a) provides as follows:

"The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal."

Accordingly, it is **ORDERED**, that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.